ACCEPTED
03-07-00036-CV
3717666
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 3:17:43 PM
JEFFREY D. KYLE
CLERK

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO.03-07-00036-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 3:17:43 PM
JEFFREY D. KYLE
Clerk

### Mohammad Hadi Gharbi, aka A. H. Gharbi and Mike Gharbi, Appellant// Majid Hemmasi, Cross Appellant

### v.

### Majid Hemmasi, Appellee//Mohammad Hadi Gharbi aka M. H. Gharbi and Mike Gharbi, Cross-Appellee

## FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## NO. 279,045; HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## <u>UNOPPOSED MOTION TO REINSTATE PENDING APPEAL</u>

1.     Appellant/Cross-Appellee Mohammad Hadi Gharbi filed a chapter 11 bankruptcy petition on June 2, 2008, being Case No. 08-11023-TMD, *In Re Mohammad H. Gharbi and Fatemeh Gharbi*, in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Case"). Pursuant to 11 U.S.C. §362, the pending appeal was stayed.

2.     The chapter 11 case was subsequently converted to a chapter 7 case. C. Daniel Roberts ("Trustee") is the duly appointed chapter 7 bankruptcy trustee for the Bankruptcy Case.  A true and correct copy of the Order Combined With Notice evidencing the filing of the Bankruptcy Case, conversion of the case to a

chapter 7 proceeding and appointment of C. Daniel Roberts as Trustee is attached hereto as Exhibit A and incorporated herein by reference for all purposes.

3.  Pursuant to 11 U.S.C. §541, property of the bankruptcy estate includes all legal or equitable interests of the debtor in property as of the commencement of the bankruptcy case.  Pursuant to 11 U.S.C. §704, it is Trustee's duty to administer property of the bankruptcy estate.  Accordingly, Trustee "stepped into the shoes" of the Appellant/Cross-Appellee in the appeal.

4.  On May 27, 2010, the Court issued its Memorandum Opinion confirming that the appeal was stayed.  The Memorandum Opinion provides that any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed.

5.  On December 4, 2014, the Bankruptcy Court signed and docketed an agreed order modifying the automatic stay ("Agreed Order Modifying Stay") to allow the appeal to continue.  A true and correct copy of the Agreed Order Modifying Stay is attached hereto as Exhibit B and incorporated herein by reference for all purposes.

6.  All briefs were previously timely filed in the appeal.  The parties previously waived oral argument.

WHEREFORE, PREMISES CONSIDERED, C. Daniel Roberts, Trustee, the Appellant/Cross-Appellee in the above captioned and numbered appeal by

virtue of the filing of the Bankruptcy Case, respectfully requests that this Court reinstate the appeal and issue its opinion based on the record and the briefs currently before the Court.

Respectfully submitted,

C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712

By: _____
C. Daniel Roberts
Texas Bar No.: 16999200
droberts@cdrlaw.net

ATTORNEYS FOR CHAPTER 7 TRUSTEE


PAUL T. MORIN, P.C.
503 W. 14th Street
Austin, Texas 78701
(512) 499-8200; (512) 499-8203 fax

By: _____
Paul T. Morin
State Bar No. 14460550

pmorin@austin.rr.com

ATTORNEY FOR Appellant/Cross-Appellee
Mohammad Hadi Gharbi

## CERTIFICATE OF CONFERENCE

By my signature above, I, C. Daniel Roberts, hereby certify that I have conferred with Majid Hemmasi, Appellee/Cross-Appellant, and his counsel, Roy O. Smithers and J. Bruce Bennett; they do not oppose the relief requested in this Motion.


## CERTIFICATE OF SERVICE

By my signature above, I, C. Daniel Roberts, hereby certify that on the 8th day of January, 2015, a true and correct copy of the foregoing document was served upon the following parties by regular first class mail.

Roy O. Smithers
Law Offices of Roy O. Smithers, P.C.
4200A Manchaca Road
Austin, Texas 78704
COUNSEL FOR Majid Hemmasi,
Appellee/Cross-Appellant

J. Bruce Bennett
CARDWELL, HART & BENNETT L.L.P.
807 Brazos Ste 1001
Austin, Texas 78701
COUNSEL FOR Majid Hemmasi,
Appellee/Cross-Appellant

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)  Case Number **08-11023-cag**

# UNITED STATES BANKRUPTCY COURT
### Western District of Texas

# Order Combined With Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 6/2/08 and was converted to a case under chapter 7 on 1/12/09 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mohammad H Gharbi
aka Mike H Gharbi
9009 O'Connor Dr.
Austin, TX 78717

Fatemeh Gharbi
9009 O'Connor Dr.
Austin, TX 78717

| Case Number:<br>08-11023-cag | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-6495<br>xxx-xx-9774 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Joseph D. Martinec<br>Martinec, Winn, Vickers & McElroy, P.C.<br>600 Congress Avenue, Suite 500<br>Austin, TX 78701<br>Telephone number: (512) 476-0750 | Bankruptcy Trustee Appointed By U.S. Trustee On 01/12/2009<br>(name and address) :<br>C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 E. Cesar Chavez<br>Austin, TX 78702<br>Telephone number: (512) 494-8448 |

## Meeting of Creditors:

Date: **February 12, 2009**          Time: **09:00 AM**

Location: **Austin Room 118, Homer Thornberry Bldg., 903 San Jacinto, Austin, TX 78701**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
4/13/09

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>United States Bankruptcy Court<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-0<br><br>Telephone number: (512) 916-5238 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George D. Prentice II<br><br>*George Prentice* |
|---|---|
| Hours Open: Monday – Friday     8:00 AM – 4:00 PM | Date:     1/12/09 |



**EXHIBIT A**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 04, 2014.**

_Craig A. Gargotta_

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 08-11023-TMD |
| MOHAMMAD H. GHARBI | § | |
| FATEMEH GHARBI | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |

**AGREED ORDER GRANTING CHAPTER 7 TRUSTEE'S AGREED MOTION FOR RELIEF FROM STAY TO PURSUE PENDING STATE COURT APPEAL**

Pending before the Court is the Chapter 7 Trustee's Agreed Motion for Relief From Stay to Pursue Pending State Court Appeal (the "Motion") filed by C. Daniel Roberts, Trustee. The Court, having considered the Motion and any response filed thereto, is of the opinion that the Motion is meritorious and should be granted. It is therefore

ORDERED that the automatic stay of 11 U.S.C. §362 is hereby modified to allow the appeal styled _Mohammad Hadi Gharbi aka M. H. Gharbi and Mike Gharbi, Appellant//Majid Hemmasi, Cross-Appellant vs. Majid Hemmasi, Appellee//Mohammad Hadi Gharbi aka M. H. Gharbi and Mike Gharbi, Cross-Appellee_, No. 03-07-00036-CV, Texas Court of Appeals, Third



EXHIBIT
B

District, at Austin to continue and to take such further action as may be necessary to reinstate the appeal, including but not limited to the filing of a motion to reinstate the appeal.

### 

AGREED TO AND ENTRY REQUESTED:

C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712


By: _____
      C. Daniel Roberts
      Texas Bar No.: 16999200
      droberts@cdrlaw.net

ATTORNEYS FOR CHAPTER 7 TRUSTEE




_____
Majid Hemmasi